IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA   )
                           )
VS                         )   4: 20CR-00087 BSM
                           )
JOHN MARK TIPTON           )

## MOTION FOR CONTINUANCE

Comes now the Defendant, John Mark Tipton, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for a sentencing hearing on January 4, 2023, at 11:30 a.m.

2. Defense Counsel had an issue arise that would create the need for Defense Counsel to request a continuance of the sentencing hearing date.

3. Defense Counsel would request a continuance of the sentencing in this matter until such a time as when Defense Counsel has ironed out their issues.

4. Assistant U.S. Attorney John Ray White, has indicated that he has no objection to this continuance.

5. The Defendant will waive any time constraints in which to conduct the hearing for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com